# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **BISSER NIKOLOV,**<br>**Individually and on Behalf of All Others Similarly Situated**<br>*Plaintiff,*<br><br>v.<br><br>**LIVENT CORPORATION, et al.**<br><br>**Defendants.** | CIVIL ACTION<br><br><br><br>No. 19-2218 |

## ORDER

**AND NOW**, this **2ⁿᵈ** day of **July 2020**, upon consideration of Defendants' Joint Motion to Dismiss the Corrected Consolidated Amended Complaint (ECF No. 50), Plaintiffs' response thereto (ECF No. 51), Defendants' reply in support (ECF No. 52), and the May 5ᵗʰ, 2020 oral argument conducted by video conference before the Court (ECF No. 56), it is hereby **ORDERED** and **DECREED** Defendants' Joint Motion to Dismiss the Corrected Consolidated Amended Complaint (ECF No. 50) is **GRANTED**. The Corrected Consolidated Amended Complaint (ECF No. 44) is dismissed.

BY THE COURT:

/s/ Chad F. Kenneys
_____
**CHAD F. KENNEY, JUDGE**