### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BISSER NIKOLOV, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LIVENT CORPORATION et al,** | : | |
| *Defendants.* | : | **NO. 19-cv-02218** |

### O R D E R

**AND NOW,** this 3rd day of August 2021, after review of the United States Court of Appeals for the Third Circuit's Order (ECF No. 62) dismissing the case pursuant to Fed. R. App. P. 42(b), and there being no further matters before this Court, it is hereby **ORDERED** that the Clerk of Court is directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**